UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY A. COOMBS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CASE NO. 3:19-cv-05239-JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Magistrate Judge Rule MJR 13. *See* Consent to Proceed Before a United States Magistrate Judge, Dkt. 3. This matter is before the Court on plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). *See* Dkt. 19. Defendant has no opposition to the motion. Dkt. 20.

Based on the EAJA, that defendant has no opposition, the attorney declaration and time and expense itemizations (Dkt. 19-3), and the relevant record, it is hereby ORDERED that EAJA

1 | attorney's fees of $8,153.70 and expenses in the amount of $ 5.81 shall be awarded to plaintiff

2 | pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586, 588–89 (2010).

3 |       The Commissioner shall contact the Department of Treasury after the Order for EAJA

4 | fees and expenses is entered to determine if the EAJA fees and expenses are subject to any

5 | offset.  If it is determined that plaintiff's EAJA fees and expenses are not subject to any offset

6 | allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA

7 | fees and expenses shall be made payable to Eitan Kassel Yanich, based on plaintiff's assignment

8 | of these amounts to plaintiff's attorney.  *See* Dkt. 18.  If there is an offset, the remainder shall be

9 | made payable to plaintiff, based on the practice of the Department of the Treasury.  *See*, *e.g.*,

10 | Case No. 2:15-cv-122, Dkt. 22, at 4.  Any check for EAJA fees shall be mailed to Eitan Kassel

11 | Yanich at his address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia,

12 | WA. 98501.

13 |       Dated this 19th day of May, 2020.

J. Richard Creatura
United States Magistrate Judge